■ FRANCES KOEHANE, Individually and as Administratrix of the Estate of DEBORAH GUISE, Deceased, Respondent, v LAKEFRONT PIER RESTAURANT, INC., Doing Business as BREAKERS WATERFRONT RESTAURANT, Appellant, et al., Defendants. ROBERT STEFANSKI, Respondent, v LAKEFRONT PIER RESTAURANT, INC., Doing Business as BREAKERS WATERFRONT RESTAURANT, Appellant, et al., Defendants. (Appeal No. 2.) [676 NYS2d 363] —Order unanimously affirmed without costs. Same Memorandum as in *Koehane v Lakefront Pier Rest.* (252 AD2d 962 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Summary Judgment.) Present— Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.